

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

   vs.

JESUS MARTINEZ-AYALA,

            Defendant.

CASE NO. 11CR4660-AJB

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(iii); 18:2

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 21, 2011

WILLIAM V. GALLO
UNITED STATES DISTRICT JUDGE